U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED ✓

2005 JUL 11  P 3: 43

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Gary D. Dodge</u>

v.                               Civil No. 05-fp-249

<u>United States Social Security Commissioner</u>

## ORDER GRANTING REQUEST TO
## PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed <u>in forma pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-249-JD.

**SO ORDERED.**

／s／ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: July 11, 2005

cc: Karen B. Nesbitt, Esq.